Boyer v. DeSoto Holding Co.—Decision of Court.

JAMES BOYER, *Plaintiff in Error,* v. DESOTO HOLDING COM-
PANY, A CORPORATION, *Defendant in Error.*

Decision Filed January 16, 1922.

Petition for Rehearing Denied January 24, 1922.

A Writ of Error to the Circuit Court for Highlands
County; George W. Whitehurst, Judge.

*Leitner & Leitner,* for Plaintiff in Error;

*Treadwell & Treadwell,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-
mitted to the court upon the transcript of the record of
the judgment aforesaid, and briefs and argument of coun-
sel for the respective parties, and the record having been
seen and inspected, and the court being now advised of
its judgment to be given in the premises, it seems to the
court that there is no error in the said judgment; it is,
therefore, considered, ordered and adjudged by the court
that the said judgment of the Circuit Court be, and the
same is hereby, affirmed.

All concur.